# HAYNES BOONE



**Joseph Lawlor, Esq.**
Direct Phone Number: 212-659-4985
Direct Fax Number: 212-884-9574
*joseph.lawlor@haynesboone.com*

November 11, 2022

**VIA ECF**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re**:**    **Bilt Technologies, Inc. vs. Bilt, Inc. (Case No. 1:21-cv-09500-PKC)**

Dear Judge Castel:

      We represent Defendants-Counterclaim Plaintiff Bilt, Inc. in the above referenced matter and write jointly on behalf of all parties to propose a stipulated summary judgment briefing schedule pursuant to the Court's September 23, 2022, Order.  In light of the Court's comments during the September 23, 2022, conference the parties have agreed to forgo reply briefing in connection with summary judgment motions.  Further, to allow additional time for ongoing settlement discussions, the parties propose submitting initial summary judgment filings in late December.

      The parties propose the following schedule for submission of motions for summary judgment:

      <u>December 23, 2022</u>: Deadline for parties to file motions for summary judgment

      <u>January 23, 2023</u>: Deadline for parties to file oppositions to motions for summary judgment

      The parties thank the Court for its attention to this matter.

                      Respectfully submitted,

                      *s/Joseph Lawlor/*

                      Joseph Lawlor

cc: Counsel of record