UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BILT TECHNOLOGIES, INC.,

        Plaintiff/Counterclaim-Defendant,        21-cv-9500 (PKC)

   -against-                                    ORDER

BILT, INC.,

        Defendant/Counterclaim-Plaintiff.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The final pretrial conference will be held on April 25, 2023 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                      P. Kevin Castel
                                  United States District Judge

Dated:  New York, New York
           March 29, 2023