UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BILT TECHNOLOGIES, INC.,

        Plaintiff/Counterclaim-Defendant,       21-cv-9500 (PKC)

    -against-                        ORDER

BILT, INC.,

        Defendant/Counterclaim-Plaintiff.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action will begin with jury selection on July 10, 2023, at 9:30 a.m.

in Courtroom 11D.


        SO ORDERED.


                               P. Kevin Castel
                         United States District Judge

Dated: New York, New York
       June 1, 2023